1  Elliot Gale (Bar #263326)
   egale@gajplaw.com
2  Joe Angelo (Bar #268542)
   jangelo@gajplaw.com
3  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
4  Roseville, CA 95747
   916-290-7778 ph
5  916-721-2767 fax

6  Attorneys for Plaintiff
   Azzam Dabboussi

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AZZAM DABBOUSSI<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br><br><br>Defendant. | Case No.: 2:21-cv-01906-PA-JC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

  **PLEASE TAKE NOTICE THAT** plaintiff Azzam Dabboussi and defendant Bank of America, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal, with prejudice, of Bank of America, N.A. within 21 days once the settlement is finalized.

                                    **Gale, Angelo, Johnson, & Pruett, P.C.**
Dated:  April 26, 2021              /s/ *Joe Angelo*
                                    Joe Angelo
                                    Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1